(135 So. 919)

### Mose GOOLSBY v. STATE.
#### 4 Div. 570.

Supreme Court of Alabama.
June 11, 1931.

C. B. Fuller, of Opp, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, J.

Petition of Mose Goolsby for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Goolsby v. State, 132 So. 604.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(134 So. 914)

### Fannie GULLEY, etc., v. PRUDENTIAL INS. CO. OF AMERICA.
#### 6 Div. 892.

Supreme Court of Alabama.
April 21, 1931.

PER CURIAM.

Appeal dismissed by appellant.

(137 So. 912)

### HANNA MOTOR CO. v. STATE.
#### 6 Div. 923.

Supreme Court of Alabama.
Nov. 24, 1931.

PER CURIAM.

Appeal dismissed by agreement.

(137 So. 912)

### Ex parte G. V. HAWKINS.
#### 6 Div. 959.

Supreme Court of Alabama.
Oct. 8, 1931.

Harris & Cook and Wood & Hawkins, all of Birmingham, for petitioner.

PER CURIAM.

Dismissed by petitioner.

(134 So. 914)

### E. H. HUDSON v. Mattie CLISBY, etc.
#### 6 Div. 821.

Supreme Court of Alabama.
April 23, 1931.

PER CURIAM.

Appeal abated by death of appellee.

(137 So. 912)

### INTERSTATE AMUSEMENT CO. v. G. V. HAWKINS.
#### 6 Div. 964.

Supreme Court of Alabama.
Oct. 8, 1931.

Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for appellant.

PER CURIAM.

Appeal dismissed by appellant.

(137 So. 912)

### Max KANTER v. SHADES VALLEY BANK et al.
#### 6 Div. 694.

Supreme Court of Alabama.
Nov. 24, 1931.

PER CURIAM.

Appeal dismissed by appellant.